# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Maria A. Friscia | ) | JUDGMENT IN CASE |
| Christopher C. Friscia, | ) | |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00469-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of America, NA, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 29, 2016 Order.

March 29, 2016

*[Signature]*

Frank G. Johns, Clerk
United States District Court